IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YONG T. SHIN AND SANG EUN SHIN,

Plaintiffs,

v.

WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. F/K/A WACHOVIA MORTGAGE, FSB FKA WORLD SAVINGS BANK, FSB AND NDEX WEST, LLC ,

Defendants.

No. C 13-00579 WHA

**ORDER SETTING BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS**

On February 14, 2013, defendants filed a motion to dismiss. Pursuant to Local Rule 7-3, plaintiffs' opposition or statement of non-opposition thereto was due by March 4. None was received. On March 5, an order issued relating this case to *Shin v. Wells Fargo Bank, et al*., No. 12-01561-WHA and the action was reassigned to the undersigned judge. Defendants have renoticed the motion for hearing on May 2. Accordingly, the following briefing schedule is hereby set: plaintiffs' response to the motion to dismiss is due by **APRIL 2.** The reply is due **APRIL 9.**

For the benefit of plaintiffs, who are proceeding pro se, the parties are on notice that failure to timely respond to the motion to dismiss may result in the motion being granted or the action being dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 19, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE