IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YONG T. SHIN and SANG EUN SHIN,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. F/K/A WACHOVIA MORTGAGE, FSB F/K/A WORLD SAVINGS BANK, FSB and NDEX WEST, LLC,

    Defendants.

   /

No. C 13-00579 WHA

**ORDER TO SHOW CAUSE**

On February 14, 2013, defendant Wells Fargo Bank, N.A., filed a motion to dismiss. Plaintiffs' response was due by March 4, but none was received. An order was issued setting the briefing schedule such that plaintiffs' opposition was due April 2 (Dkt. No. 18). The order explicitly noted for the benefit of pro se plaintiffs that "failure to timely respond to the motion to dismiss may result in the motion being granted or the action being dismissed for failure to prosecute" (*ibid.*). No opposition has been filed.

Pro se plaintiffs Yong T. Shin and Sang Eun Shin are hereby **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute. Plaintiffs must file a written response to this order by **NOON ON APRIL 17**. Plaintiffs are again warned that if no response is timely filed, the motion to dismiss may be granted or the action may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 5, 2013.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE