**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YONG T. SHIN AND SANG EUN SHIN,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. F/K/A WACHOVIA MORTGAGE, FSB F/K/A WORLD SAVINGS BANK, FSB AND NDEX WEST, LLC,

    Defendants.

No. C 13-00579 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismiss plaintiffs' complaint for failure to prosecute, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 18, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE